

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

IN THE MATTER

OF T.J.H.G.,

A JUVENILE

§

§

§

§

§

§

§

No. 08-15-00053-CV

Appeal from the

409th District Court

of El Paso County, Texas

(TC# 11,00359)

## MEMORANDUM OPINION

Appellant, T.J.H.G., a juvenile, has filed a motion through his attorney of record to withdraw his notice of appeal because he no longer wishes to prosecute the appeal. *See* TEX.R.APP.P. 42.1(a)(1); *see also* TEX.FAM.CODE ANN. § 56.01(b)(West 2014)(providing that the requirements governing an appeal of an order of a juvenile court are as in civil cases generally). We grant the motion and dismiss the appeal. Because Appellant is indigent, we make no order with respect to costs. All pending motions are denied as moot.

July 31, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.